■ In the Matter of SIDNEY AMKRAUT, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondent. No opinion. Concur — Valente, J. P., Stevens, Eager, Steuer and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM RODRIGUEZ, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Valente, J. P., Stevens, Eager, Steuer and Bergan, JJ.

■ LOWELL WALCUTT et al., Respondents, v. CLEVITE CORPORATION, Appellant-Respondent, and FREDERICK W. RICHMOND, Appellant.— Judgments and orders unanimously affirmed, with costs to plaintiffs-respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Bergan, JJ.

■ MICHAEL H. PRENDERGAST, Individually and as Chairman of the Democratic State Committee of the State of New York, Appellant, v. MAE GUREVICH, as Vice-Chairman of the Democratic State Committee of the State of New York, et al., Respondents.— Order and judgment, so far as appealed from, unanimously affirmed, with costs to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Bergan, JJ.

■ CECELIA K. WALZER, Respondent, v. LEON M. LABES, Appellant.— Order entered on November 3, 1961 unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, Valente and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GENERAL HARRIS, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Bergan, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT McCANN. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ. (B) THE PEOPLE OF THE STATE OF NEW YORK v. IRVING PEREZ. (C) THE PEOPLE OF THE STATE OF NEW YORK v. JOHN HAUPTMAN. (D) THE PEOPLE OF THE STATE OF NEW YORK v. JOHN SEYMORE. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ. — [In each action] Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein.

■ THE PEOPLE OF THE STATE OF NEW YORK v. HAROLD ZUCKER.— Motion to amend order of this court, entered on March 6, 1962, granted so as to include the statement that the court in modifying and affirming the judgment necessarily passed upon questions involving the 1st, 4th and 14th Amendments to the Federal Constitution. Concur — Breitel, J. P., McNally, Eager, Steuer and Bergan, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. THOMAS CARUSO. (B) THE PEOPLE OF THE STATE OF NEW YORK v. MORRIS PERR and SAM FRIEDMAN. (C) THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE PALMIERI.— [In each action] Motion for an enlargement of time granted insofar as to extend the time for defendant-appellant to serve and file the appellant's points to and including May 10, 1962, with notice of argument for the June 1962 Term of this court, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before May 24, 1962. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ERIC VON STJERNBERG.— Motion for an assignment of counsel granted. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.